# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. Case No. 14cr3213-MMA |
| Plaintiff, | ) | |
| v. | ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| JUVENAL CUEVAS-MARTINEZ | ) | [Doc. No. 26] |
| Defendant. | ) | |

Upon application of Plaintiff United States of America, good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-captioned case against Defendant JUVENAL CUEVAS-MARTINEZ be dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: October 5, 2015

_____
HON. MICHAEL M. ANELLO
United States District Judge